UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKY CHEFS, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-05521-JCS<br><br>**ORDER SEALING EXHIBIT AND REQUIRING REDACTION**<br><br>Re: Dkt. No. 63-2 |

　　　Rule 5.2(a) of the Federal Rules of Civil Procedure prohibits filing financial account numbers in the public record of a federal court proceeding. Defendant Sky Chefs, Inc. filed images of a deposited check as Exhibit A to the declaration of Jarrod Salinas (dkt. 63-2). An account number is visible on the face of the check, and text below each image also includes at least two account numbers, after the words "Account:" and "DepAccountNum:". Salinas's declaration is hereby SEALED, and Sky Chefs is ORDERED to file a public version of the declaration, attaching an appropriately redacted exhibit, no later than November 8, 2018.

　　　The parties are admonished to comply with all applicable privacy rules going forward.

　　　**IT IS SO ORDERED.**

Dated: November 5, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge