1  Lisa Barnett Sween (State Bar No. 191155)
   Scott P. Jang (State Bar No. 260191)
2  Antonio C. Raimundo (State Bar No. 273175)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California 94111-4615
4  Telephone       (415) 394-9400
   Facsimile:      (415) 394-9401
5  Email: lisa.sween@jacksonlewis.com
   Email: scott.jang@jacksonlewis.com
6  Email: antonio.raimundo@jacksonlewis.com

7  Attorneys for Defendant
   SKY CHEFS, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | ERIC DMUCHOWSKY, an individual, | Case No. 3:17-cv-05521-JCS |
   | Plaintiff, | **DECLARATION OF JARROD SALINAS** |
   | v. | |
   | SKY CHEFS, INC., a Delaware corporation doing business as LSG SKY CHEFS; and DOES 1 through 10, inclusive, | |
   | Defendants. | |

DECLARATION OF JARROD SALINAS                                        Case No. 3:17-cv-05521-JCS

## DECLARATION OF JARROD SALINAS

I, Jarrod Salinas, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called as a witness, can competently testify to them.

2. I am a Senior Case Manager for Simpluris, Inc. I have held this position for more than four years.

3. Simpluris administers class action settlements.

4. As a Senior Case Manager, I have personal knowledge of and access to Simpluris' records as they are maintained in the ordinary course of business, including Simpluris' records regarding class action administration (past and present) and putative class members' participation in the settlements.

5. Based on my review of Simpluris' business records as maintained in the ordinary course of business, I have confirmed that Simpluris served as the Settlement Administrator for the putative class action settlement in *Teruel v. Sky Chefs, Inc.*, Santa Clara County Superior Court, Case No. 1-14-CV-268343.

6. Based on my review of Simpluris' business records as maintained in the ordinary course of business, I have also confirmed that Eric Dmuchowsky was identified as a putative class member in *Teruel*, received a settlement check, and deposited the settlement check. Attached as **Exhibit 1** is a true and correct copy of Eric Dmuchowsky's endorsed check in connection with the *Teruel* settlement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 22, 2018, in Costa Mesa, California.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jarrod Salinas
　　　　　　　　　　　　　　　　　　　　　　　　JARROD SALINAS

# EXHIBIT A



Account: ▇▇▇▇▇▇ Serial:170130673 Amount:$76.86 Sequence:55738110 TR:123205054 TranCode:0 Date:02-17-2017
DepAccoutNum: ▇▇▇▇ Branch:0 Teller:0 XmitTC:0 Run:18 PocketNun:0 Batch:254 SiteNumber:0



Account: ▇▇▇▇▇▇ Serial:170130673 Amount:$76.86 Sequence:55738110 TR:123205054 TranCode:0 Date:02-17-2017
DepAccoutNum: ▇▇▇▇ Branch:0 Teller:0 XmitTC:0 Run:18 PocketNun:0 Batch:254 SiteNumber:0