LISA BLANCO JIMENEZ (SBN: 234671)
RICARDO Z. ARANDA (SBN: 260438)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA 95201-3020
Telephone: (209) 948-8200
Facsimile: (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff ERIC DMUCHOWSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY, an individual, | Case No. 17-cv-05521-JCS |
| Plaintiff; | |
| vs. | **STIPULATION FOR DISMISSAL** **(F.R.C.P. 41(a)(1))** |
| SKY CHEFS, INC., a Delaware corporation doing business as LSG SKY CHEFS; and DOES 1 through10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff ERIC DMUCHOWSKY and Defendant SKY CHEFS, INC., through their respective attorneys of record, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1). Except as otherwise agreed to between the parties, each side to bear his/its own attorney's fees and costs.

Dated: June 21, 2019  NEUMILLER & BEARDSLEE

By: */s/ Lisa Blanco Jimenez*[1]
    Lisa Blanco Jimenez
    Attorneys for Plaintiff ERIC DMUCHOWSKY

Dated: June 21, 2019  JACKSON LEWIS P.C.

By: */s/ Scott P. Jang*
    Lisa Barnett Sween
    Scott P. Jang
    Attorneys for Defendant SKY CHEFS, INC.

Dated: June 24, 2019

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

---

[1] Pursuant to Local Rule 5-1(i)(3), Plaintiff's counsel attests that Defendant's counsel has concurred in the filing of this document.

1

1279635-1          Stipulation for Dismissal